UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 06/15/06

To :                                                    ATTN: ( ) CIVIL

**REDACTED**                                            ( ) CRIMINAL

                                                        (XX) JUDGE

From:  Shari Fuhrer
       U.S. District Court
       222 West 7th Avenue, #4
       Anchorage, Alaska 99513


DC No: 3:01-cv-00376-HRH              Appeal No: 05-35084

Short title: Bloodworth et al v USA

Composition of Record

Clerk's Files in  2      volumes   (XX) original   ( ) certified copy

       Bulky docs.      volumes, docket #
                                    (folders)

Reporter's  in    2     volumes   (xx) original   ( )certified copy
Transcripts  dkt# 80,81,92,93, &94

Exhibits:   in          envelopes   ( ) under seal

            in          boxes       ( ) under seal

Other: Certified copy of ACMS and ECF dockters enclosed
       ____(please note any documents filed under seal)


Acknowledgement:_____    Date:_____
"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 06/15/06

To :                                                    ATTN: ( ) CIVIL

**REDACTED**                                            ( ) CRIMINAL

                                                        (XX) JUDGE

From:  Shari Fuhrer
       U.S. District Court
       222 West 7th Avenue, #4
       Anchorage, Alaska 99513


DC No: 3:01-cv-00376-HRH                Appeal No: 05-35084

Short title: Bloodworth et al v USA

Composition of Record

Clerk's Files in  2    volumes   (XX) original  ( ) certified copy

     Bulky docs. _____ volumes, docket #_____
                                (folders)

Reporter's   in   2    volumes   (xx) original   ( )certified copy
Transcripts  dkt# 80,81,92,93, &94

Exhibits:   in _____ envelopes   ( ) under seal

            in _____ boxes       ( ) under seal

Other: Certified copy of ACMS and ECF dockters enclosed
       _____ (please note any documents filed under seal)


Acknowledgement:_____   Date:_____
"record.app" [11/21/97]