

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RICHARD AND DINAH BLOODWORTH V. UNITED STATES OF AMERICA

THE HONORABLE JOHN W. SEDWICK

Deputy Clerk - Tracy Seidl                    CASE NO. 3:01cv00376-(JWS)

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   Date: August 2, 2007

---

### EXHIBIT INVENTORY AND NOTICE

Plaintiff Counsel: Linda Webb and Meredith Ahearn
Defendant Counsel: Susan Lindquist

     Exhibits listed below are returned to Susan Lindquist by delivery to the US Attorney's Office.

    Defendant's exhibits A through MM

### DISPOSITION

_____ Certified mail receipt attached.

__XX__ Delivered to: _Ysalina Cordero_    08/02/07
               (Signature and Date)

_____ Abandoned and destroyed pursuant to attached notice from counsel

on _____.
  (Date)