UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA



RICHARD AND DINAH BLOODWORTH, ETC VS. UNITED STATES OF AMERICA

THE HONORABLE JOHN W. SEDWICK

Deputy Clerk - Tracy Seidl                          CASE NO. A03-0376CV(JWS)


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    Date: August 13, 2007

---

### EXHIBIT INVENTORY AND NOTICE

Plaintiff Counsel: Linda A. Webb, Meredith Ahearn
Defendant Counsel: Susan Lindquist


Plaintiff's exhibits # 1 - 26.


### DISPOSITION

_____ Certified mail receipt attached.

_____ Picked up by _____
                             (Signature and Date)

\_\_\_X\_\_\_\_ Abandoned and destroyed pursuant to attached notice from counsel

on  8-13-07 .
     (Date)

**HAGANS, AHEARN & WEBB**
310 K Street, Suite 400
Anchorage, Alaska 99501
Telephone No.: (907) 276-5294
Facsimile No.: (907) 276-8732

## FACSIMILE COVER SHEET

DATE: 8-2-07

NUMBER OF PAGES TO COME: 1
(Including Cover Sheet)

NAME OF ADDRESSEE: Macey

COMPANY: US District Ct

FACSIMILE NO.: 677 6161

ORIGINATOR: M Ahearn

REGARDING: Bloodworth / U S   A01: 376 Civ

OUR FILE NO.: 

MESSAGE:

Please destroy plaintiff's exhibits. We do not want them returned to us.

M A Ahearn

* CONFIDENTIALITY NOTICE *
This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.